IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYLEEN M. HARMEL, an individual; | |
| Plaintiff, | 8:18-CV-401 |
| vs. | |
| TERRY HUGHES TREE SERVICE, INC., a Nebraska Corporation; | **JUDGMENT** |
| Defendant. | |

Pursuant to the parties' stipulation for dismissal with prejudice (Filing 37) and Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed with prejudice, each party to pay its own attorneys' fees and costs.

Dated this 4th day of October, 2019.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge